# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-355 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| James Richard Ardito, Jr., | |
| Defendant. | |

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings herein in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 30) is **ADOPTED**;

2. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 21) is **DENIED**; and

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 22) is **DENIED**.

Dated:  January 22, 2009

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge