UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-355 (RHK/RLE)

United States of America,

                    Plaintiff,      **ORDER FOR EXTENSION OF**
v.                              **TIME TO FILE OBJECTIONS**
                                          **AND POSITION PLEADINGS**

James Richard Ardito,

                      Defendant.

---

Erika Mozangue, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

      The Defendant's Motion for Extension of Time is GRANTED.

      **IT IS HEREBY ORDERED** that:

      All written correspondence be due to the Probation Office by April 7, 2009; and

      Position pleadings, if necessary, be filed electronically with the Clerk of Court by April 14, 2009.

Dated: March 24, 2009                s/Richard H. Kyle
                                                  Honorable Richard H. Kyle
                                                  United States District Court Judge