UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-355 (RHK/RLE)

United States of America,

                              Plaintiff,      **ORDER FOR EXTENSION OF**
v.                                     **TIME TO FILE POSITION**
                                             **PLEADINGS**

James Richard Ardito,

                              Defendant.

---

Erika Mozangue, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

Position pleadings shall be filed electronically with the Clerk of Court by April 28, 2009.


Dated:    4/14/09                                  s/Richard H. Kyle
                                                          Honorable Richard H. Kyle
                                                          United States District Court Judge