UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-355 (RHK/RLE) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| v. | |
| James Richard Ardito, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

Position pleadings shall be filed electronically with the Clerk of Court by May 19, 2009.

Dated: April 29, 2009         s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge