## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-355 (1) (RHK/RLE) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| v. | |
| James Richard Ardito, Jr., | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

Position pleadings shall be filed electronically with the Clerk of Court by June 12, 2009.

Dated: May 20, 2009　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge